## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| SALEH ELGHASEN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:14-cv-01539-JAD-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ROYAL MANAGEMENT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on Defendant's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. Defendant filed a Motion to Dismiss (#6) in this matter on November 19, 2014. LR 7.1-1 requires that counsel for private parties shall, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have an interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Defendant has failed to comply. Accordingly,

**IT IS ORDERED** that Defendant shall file its Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **December 15, 2014.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 3rd day of December, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge