1  Danny J. Horen, Esq.
2  NV Bar No. 13153
   Kazerouni Law Group, APC
3  7854 W. Sahara Avenue
4  Las Vegas, NV 89117
   Telephone: (800) 400-6808x7
5  Facsimile: (800) 520-5523
6  danny@kazlg.com

7  David H. Krieger, Esq.
8  NV Bar No. 9086
   HAINES & KRIEGER, LLC
9  8985 S. Eastern Avenue, Suite 130
10 Henderson, Nevada 89123
   Phone: (702) 880-5554
11 FAX: (702) 385-5518
12 dkrieger@hainesandkrieger.com

13 *Attorneys for Plaintiff,*
14 Saleh Elghasen

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SALEH ELGHASEN, | **Case No.: 2:14-cv-01539-JAD-GWF** |
| Plaintiff, | |
| v. | **DECLARATION OF DANNY J. HOREN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT RBS COMPUTER, INC.'S MOTION TO DISMISS** |
| RBS COMPUTER, INC., d/b/a ROYAL MANAGEMENT CORPORATION; and EXPERIAN INFORMATION SOLUTIONS, INC.,, | |
| Defendant. | |

I, Danny J. Horen, hereby declare under penalty of perjury that the following is true and correct:

1. I am the attorney for the Plaintiff, Saleh Elghasen, in the above-entitled action.
2. I am licensed to practice law in the United States District Court for the District of Nevada, and all Nevada state courts.
3. I am a member in good standing with the State Bar of Nevada.
4. I have personal knowledge of the information contained in this declaration and could testify to such if called as a witness.
5. I submit this declaration in support of Plaintiff's Opposition to Defendant RBS Computer, Inc.'s Motion to Dismiss.
6. Attached hereto as Exhibit A is a true and correct copy of a proof of claim filed in Plaintiff's Bankruptcy case (10-19019-lbr) in the United States Bankruptcy Court, District of Nevada. The proof of claim identifies Defendant's address, 25331 1h 10 West, San Antonio Texas as the address where notices should be sent.
7. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's August 5, 2014 Experian credit report. The report reflects both Defendant's name and address as the entity to contact in three separate credit entries.
8. Attached hereto as Exhibit C is a true and correct copy of Experian's September 9, 2014 credit report reinvestigation letter. The letter once again reflects both Defendant's name and address as the entity to contact in multiple credit entries.
9. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's August 28, 2014 Experian credit report dispute letter. Plaintiff's dispute not only includes Defendant's name and address for multiple credit entries, but it also includes Plaintiff's address (redacted for Plaintiff's privacy), putting

Defendant on notice that credit reporting regarding the disputed accounts would be directed toward Nevada.

10. Attached hereto as Exhibit E is a true and correct copy of Golden Loan's Nevada Better Bureau Listing.

11. Attached hereto as Exhibit F is a true and correct copy of the Family Finance Nevada address listing.

12. Attached hereto as Exhibit G is a true and correct copy of Gentry Finance Corp. of Nevada's listing with Nevada Secretary of State. Gentry Finance Corp. of Nevada is listed as a Nevada Domestic Corporation, with A P Gentry serving as President and Director.

13. Attached hereto as Exhibit H is a true and correct copy of Defendant RBS Computer, Inc.'s Corporationwiki profile. The profile lists A P Gentry as President and Director.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct and that this declaration was signed on March 13, 2015 at Las Vegas, Nevada.

By: s/ Danny J. Horen
Danny J. Horen
Attorney for the Plaintiff