# EXHIBIT D

Plaintiff's August 28, 2014 credit report dispute
letter showing Defendant's address on multiple
credit entries

Saleh Elghasen



August 28, 2014

**<u>Via Certified Mail Return Receipt Requested</u>**

**Experian**
**NCAC**
**P.O. Box 2002**
**Allen, Texas 75013**

**RE:   Credit Report No. 2122-7289-20**

To Whom it May Concern:

**<u>CORRECT YOUR INACCURATE CREDIT REPORT INFORMATION
ABOUT ME</u>**

Attached is a copy of my driver's license and other documentation to prove my identity.  I have also listed my other identifying information below to assist you in identifying my credit report properly.

| | |
|---|---|
| My Full Legal Name: | Saleh Elghasen |
| My Date of Birth.: | 11/16/1954 |
| My Social Security No.: | ███████████ |
| My Street Address: | ███████████ |
| My City, State & Zip: | Henderson, NV 89074 |
| My Day & Eve Phone: | ███████████ |

The following items on my credit report are inaccurate.  Please make the following corrections to my consumer credit report immediately and then send me a copy of the corrected consumer credit report:

## <u>INCORRECT FURNISHER ACCOUNT INFORMATION</u>

The following Furnisher Account information listed on my credit report is incorrect:



Saleh Elghasen                    SSN:

| Furnisher Name/Address: | Royal Mgt/Family Finance<br>25331 IH 10 W<br>San Antonio, TX 78257 |
|---|---|
| Furnisher Acct. No.: | Y04X…. |
| Consumer Dispute: | • This account was discharged in my chapter 13 Bankruptcy which was filed on 5/17/2010 and discharged 4/18/2014, bearing docket No. 10-19019 in the District for Nevada. The balance on this account should be "$0" and the status should be reporting as "current". Specifically, you show *Account balances* from Nov13 – May14. |
| Action/Correction Requested: | • Immediately delete this account and the disputed derogatory information from my credit report.<br>• The discharged debt should be reported with an account balance of $0 with a status of "current".<br>• Further, there should be no post-bankruptcy activity reported on this account. The date of last activity on this account should pre-date my bankruptcy filing date, 5/17/2010, since a default on this account occurred no later than the Bankruptcy filing date.<br>• Any post-bankruptcy derogatory information should be immediately deleted from my report.<br>• If you do not immediately delete this from my credit report, please include a 100 word statement in my credit report of all of the disputed information contained in this letter regarding this account. |

| Furnisher Name/Address: | Royal Mgt/Golden Loan<br>25331 IH 10 W<br>San Antonio, TX 78257 |
| --- | --- |
| Furnisher Acct. No.: | 5X…. |
| Consumer Dispute: | • This account was discharged in my chapter 13 Bankruptcy which was filed on 5/17/2010 and discharged 4/18/2014, bearing docket No. 10-19019 in the District for Nevada. The balance on this account should be "$0" and the status should be reporting as "current". Specifically, you show *Account Balances* from Nov13 – May14. |
| Action/Correction Requested: | • Immediately delete this account and the disputed derogatory information from my credit report.<br>• The discharged debt should be reported with an account balance of $0 with a status of "current".<br>• Further, there should be no post-bankruptcy activity reported on this account. The date of last activity on this account should pre-date my bankruptcy filing date, 5/17/2010, since a default on this account occurred no later than the Bankruptcy filing date.<br>• Any post-bankruptcy derogatory information should be immediately deleted from my report.<br>• If you do not immediately delete this from my credit report, please include a 100 word statement in my credit report of all of the disputed information contained in this letter regarding this account. |



Saleh Elghasen

SSN: ▮▮▮▮▮▮



Thank you and I look forward to your immediate reply.

Sincerely,

Saleh Elghasen
Enclosures

Page 11                        Saleh Elghasen              SSN: